IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMIE DAVIS**                                                                                    **PLAINTIFF**

v.                                  No. 4:21-cv-651-DPM-JTR

**RODNEY WRIGHT, Sheriff,
Saline County Sheriff's Office;
TONYA PARKER, Sgt., Saline
County Detention Center; and
DOES, Intake Officers, Saline
County Detention Center**                                                      **DEFENDANTS**

ORDER

1. The Court withdraws the reference.

2. The complaint in *Ragsdale v. Wright* listed Jamie Davis as a second Plaintiff. *Doc. 1 in* E.D. Ark. No. 4:21-cv-650-DPM-JTR. The Clerk therefore opened this case based on the complaint, too. Davis didn't sign the complaint, though; and after reviewing it, the Court believes that Davis wasn't intended to be a Plaintiff. Instead, the claims are about Ragsdale's ongoing detention after Davis asked to drop charges against Ragsdale. *Ibid.* The Court therefore directs the Clerk to administratively terminate this case.

3. If the Court's reading of the complaint is mistaken, then Davis may file a motion to reopen this case by 22 August 2021.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

23 July 2021